**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 23, 2020 |
| **TIME:** | 3:45 P.M. |
| **DOCKET NUMBER(S):** | CV-19-4583 (GRB) |
| **NAME OF CASE(S):** | **JOSE V. JOSHUA ET AL** |
| **FOR PLAINTIFF(S):** | Lindenfeld, Lanka |
| **FOR DEFENDANT(S):** | Carman, McHue |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held and the parties made significant progress. Parties will continue to disscuss settlement and will advise the Court by July 10th by letter if the have reached a settlement.