Case 2:19-cv-04583-GRB-ST   Document 44   Filed 07/09/20   Page 1 of 1 PageID #: 198



Employment Law Unit
199 Water Street
New York, NY 10038
(212) 577-3300
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

Young Lee
*Director*
Employment Law Unit

July 9, 2020

**BY ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**  ***Jose v. Joshua et al.*, Case No. 19-cv-4583-MKB-ST**

Dear Magistrate Judge Tiscione:

We represent Plaintiff Eliyamma Jose in the above-referenced matter.  Pursuant to the Court's instructions on ECF on June 26, 2020, the parties have reached a settlement in principle.  Currently, the parties in the process of finalizing the settlement documents and requesting dismissal of this case.

We thank the Court for its attention to this matter.


Respectfully submitted,


/s/Sumani Lanka

Cc:  All Counsel of Record (via ECF)

**Justice in Every Borough.**